IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

FILED IN OPEN COURT
JAN 1 0 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 2:24-CR-1 |
| v. | 21 U.S.C. § 841(a)(1) & (b)(1)(C) Distribution of Fentanyl (Count 1) |
| CHARDAE DENEISE ALSTON, a/k/a "Butterfly" | |
| Defendant. | 21 U.S.C. § 853; 28 U.S.C. § 2461 Criminal Forfeiture |

## INDICTMENT

January 2024 Term – at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

COUNT ONE
(Distribution of Fentanyl)

On or about January 11, 2023, in Portsmouth, Virginia, within the Eastern District of Virginia, the defendant, CHARDAE DENEISE ALSTON, a/k/a "Butterfly," did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[l-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

1

## CRIMINAL FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of the violation alleged in Count One of this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

    a. Any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violation;

    b. Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).)

*United States v. Chardae Deneise Alston*
2:24-CR-

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Luke␣Bresnahan
Kristin G. Bird
Assistant United States Attorneys
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-3205
Email Address: luke.bresnahan@usdoj.gov
   kristin.bird@usdoj.gov

3